7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Doyce W Smith and Lilly L Smith
*Debtor*

**J. Kevin Checkett**
   Plaintiff(s)

v.

**Community West Bank**
   Defendant(s)

*Bankruptcy Case No.*
11–62592–abf7

*Adversary Case No.*
12–06036–abf

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the setoff of the Debtors CD pursuant the Guaranty was proper and, pursuant to 11 U.S.C. §§ 506 and 553, is not an avoidable preference. The Clerk of the Court is ORDERED to enter Judgment in
favor of Defendant Community West Bank, with each party to bear its own costs

Ann Thompson
Court Executive

By: /s/ Dawn Evilsizer
    Deputy Clerk



Date of issuance: 1/24/13

Court to serve